DLM

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

Nicholas Enloe, p.p.a. Julie Enloe,
Julie Enloe, and
Bryan Enloe
Plaintiffs,

CA 07 199 S

vs.

Lisa Remeaka, M.D.,
Robert Maltz, M.D.,
South County Ob-Gyn, Inc.,
Narragansett Bay Pediatrics, Inc.,
South County Hospital, and
Jane Doe, RN # 1-11,
Defendants.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441, 1446 and 1332, Defendant Lisa Remeaka, M.D. ("Remeaka') respectfully petitions the Court to remove the above-captioned action from the Superior Court for the State of Rhode Island, Washington County, to the United States District Court for the District of Rhode Island, and states:

1. On or about April 27, 2007, the Plaintiffs Nicholas Enloe, p.p.a. Julie Enloe, Julie Enloe and Bryan Enloe, filed in the Superior Court for the State of Rhode Island, Washington County, a Complaint captioned Nicholas Enloe, p.p.a. Julie Enloe, Julie Enloe and Bryan Enloe v. Lisa Remeaka, M.D., Robert Maltz, M.D., South County Ob-Gyn, Inc., Narragansett Bay Pediatrics, Inc., and Jane Doe, RN # 1-1, C.A. No. 2007-0217 (the "State Court Action").
2. On or about May 3, 2007, Defendant Remeaka was served with a copy of the Summons and Complaint. True and accurate copies of all process, pleadings and

orders served on Remeaka in the State Court Action are attached as Exhibit A hereto pursuant to 28 U.S.C. § 1446(a).

3. This notice of removal is timely filed in accordance with the requirements of 28 U.S.C. § 1446(b).
4. The Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists between Plaintiff and all Defendants and because the amount in controversy, exclusive of interest and costs, exceeds $75,000, as set forth below.
5. Remeaka is informed and believes and therefore avers that all Plaintiffs are citizens of the Commonwealth of Massachusetts.
6. Remeaka is a resident of and is licensed to practice medicine in the State of Rhode Island.
7. Remeaka is informed and believes and therefore avers that based upon a reasonable reading of the Complaint, the amount in controversy exceeds $75,000, exclusive of interest and costs. That is so because Plaintiffs seek damages against the Defendants for, inter alia, negligent treatment, lack of informed consent, negligent infliction of emotional distress and loss of consortium concerning the birth of Nicholas Enloe who is alleged to have suffered a brain injury.
8. By filing this Notice of Removal, Remeaka does not waive any defenses or rights that may be available to it.

**WHEREFORE**, Remeaka hereby removes the State Court Action from the Superior Court for the State of Rhode Island, Washington County, to the Court and respectfully

petitions the Court to take jurisdiction of this civil action to the exclusion of any further proceeding in the Rhode Island Superior Court.

Respectfully submitted,
Lisa Remeaka, M.D.
By her attorneys,

Michael G. Sarli (#2719)
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, Rhode Island 02903
(401) 274-6644

**CERTIFICATE OF SERVICE**

William J. Thompson, Esq.
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

I hereby certify that I forwarded a copy of the foregoing to the above-referenced counsel of record via deposit in the United States mail, postage prepaid/hand delivery on this 29 day of May 2007.