DLM

STATE OF RHODE ISLAND
WASHINGTON, SC

SUPERIOR COURT

6

NICHOLAS ENLOE, PPA JULIE ENLOE,
JULIE ENLOE, AND
BRYAN ENLOE,
*Plaintiffs*

vs.

LISA RAMEAKA, M.D.,
ROBERT MALTZ, M.D.
SOUTH COUNTY OB-GYN, INC.
NARRAGANSETT BAY PEDIATRICS, INC.
SOUTH COUNTY HOSPITAL, and
JANE DOE, RN # 1-11
*Defendants*

RECEIVED MAY 25 2007

C.A. NO. WC07-0217

CA 07 199S

**ANSWER OF DEFENDANT SOUTH COUNTY HOSPITAL TO PLAINTIFFS' COMPLAINT**

Now comes defendant South County Hospital [hereinafter sometimes referred to as "this defendant"] and answers the plaintiffs' Complaint herein-filed as follows:

**FIRST DEFENSE**
**Count I**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count I of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, 5 (a-e), or 6 of Count I of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**SECOND DEFENSE**
**Count II**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count I of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, or 5 of Count II of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**THIRD DEFENSE**
**Count III**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count I and Paragraphs One through Five of Count II of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, 5, 6 or 7 of Count III of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FOURTH DEFENSE**
**Count IV**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count IV of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count IV of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FIFTH DEFENSE**
**Count V**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count V of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count V of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**SIXTH DEFENSE**
**Count VI**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count VI of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count VI of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**SEVENTH DEFENSE**
**Count VII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count VII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count VII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**EIGHTH DEFENSE**
**Count VIII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count VIII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count VIII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**NINTH DEFENSE**
**Count IX**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count IX of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count IX of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TENTH DEFENSE**
**Count X**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count X of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, 5 (a-e), or 6 of Count X of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**ELEVENTH DEFENSE**
**Count XI**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count X of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, or 5 of Count XI of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TWELFTH DEFENSE**
**Count XII**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count X and Paragraphs One through Five of Count XI of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, 5, 6 or 7 of Count XII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**THIRTEENTH DEFENSE**
**Count XIII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XIII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XIII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FOURTEENTH DEFENSE**
**Count XIV**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XIV of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XIV of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FIFTEENTH DEFENSE**
**Count XV**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XV of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XV of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**SIXTEENTH DEFENSE**
**Count XVI**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XVI of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XVI of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**SEVENTEENTH DEFENSE**
**Count XVII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XVII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XVII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**EIGHTEENTH DEFENSE**
**Count XVIII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XVIII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XVIII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**NINETEENTH DEFENSE**
**Count XIX**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XIX of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, 5 (a-f), or 6 of Count XIX of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TWENTIETH DEFENSE**
**Count XX**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count IX [sic] of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, or 5 of Count XX of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TWENTY-FIRST DEFENSE**
**Count XXI**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count IX [sic] and Paragraphs One through Five of Count XX of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, 5, 6, or 7 of Count XXI of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TWENTY-SECOND DEFENSE**
**Count XXII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TWENTY-THIRD DEFENSE**
**Count XXIII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXIII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXIII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TWENTY-FOURTH DEFENSE**
**Count XXIV**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXIV of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXIV of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TWENTY-FIFTH DEFENSE**
**Count XXV**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXV of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXV of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TWENTY-SIXTH DEFENSE**
**Count XXVI**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXVI of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXVI of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TWENTY-SEVENTH DEFENSE**
**Count XXVII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXVII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXVII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TWENTY-EIGHTH DEFENSE**
**Count XXVIII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXVIII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, 5 (a-f), or 6 of Count XXVIII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**TWENTY-NINTH DEFENSE**
**Count XXIX**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count XXVIII of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, or 5 of Count XXIX of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**THIRTIETH DEFENSE**
**Count XXX**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count XXVIII and Paragraphs One through Five of Count XXIX of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, 5, 6 or 7 of Count XXX of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**THIRTY-FIRST DEFENSE**
**Count XXXI**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXXI of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXXI of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**THIRTY-SECOND DEFENSE**
**Count XXXII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXXII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXXII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**THIRTY-THIRD DEFENSE**
**Count XXXIII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXXIII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXXIII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**THIRTY-FOURTH DEFENSE**
**Count XXXIV**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXXIV of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXXIV of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**THIRTY-FIFTH DEFENSE**
**Count XXXV**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXXV of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXXV of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**THIRTY-SIXTH DEFENSE**
**Count XXXVI**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXXVI of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XXXVI of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**THIRTY-SEVENTH DEFENSE**
**Count XXXVII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XXXVII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant specifically denies the allegations contained in paragraphs 2, 3, 4, 5 (a-f) and 6 of Count XXXVII of the plaintiffs' Complaint.

**THIRTY-EIGHTH DEFENSE**
**Count XXXVIII**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count XXVIII of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant specifically denies the allegations contained in paragraphs 2, 3, 4, and 5 of Count XXXVIII of the plaintiffs' Complaint.

**THIRTY-NINTH DEFENSE**
**Count XXXIX**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count XXVIII and Paragraphs One through Five of Count XXIX of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant specifically denies the allegations contained in paragraphs 2, 3, 4, 5, 6, and 7 of Count XXXIX of the plaintiffs' Complaint.

**FOURTIETH DEFENSE**
**Count XL**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XL of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant specifically denies the allegations contained in paragraphs 2, 3, and 4 of Count XL of the plaintiffs' Complaint.

**FORTY-FIRST DEFENSE**
**Count XLI**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XLI of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant specifically denies the allegations contained in paragraphs 2, 3, and 4 of Count XLI of the plaintiffs' Complaint.

**FORTY-SECOND DEFENSE**
**Count XLII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XLII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant specifically denies the allegations contained in paragraphs 2, 3, and 4 of Count XLII of the plaintiffs' Complaint.

**FORTY-THIRD DEFENSE**
**Count XLIII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XLIII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant specifically denies the allegations contained in paragraphs 2, 3, and 4 of Count XLIII of the plaintiffs' Complaint.

**FORTY-FOURTH DEFENSE**
**Count XLIV**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XLIV of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant specifically denies the allegations contained in paragraphs 2, 3, and 4 of Count XLIV of the plaintiffs' Complaint.

**FORTY-FIFTH DEFENSE**
**Count XLV**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XLV of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant specifically denies the allegations contained in paragraphs 2, 3, and 4 of Count XLV of the plaintiffs' Complaint.

**FORTY-SIXTH DEFENSE**

**Count XLVI**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XLVI of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, 5 (a-e), or 6 of Count XLVI of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FORTY-SEVENTH DEFENSE**
**Count XLVII**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count XXXVII of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, or 5 of Count XLVII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FORTY-EIGHTH DEFENSE**
**Count XLVIII**

1. This defendant hereby incorporates by reference its responses to the allegations contained in Paragraphs One through Six of Count XXXVII and Paragraphs One through Five of Count XXXVIII of the plaintiffs' Complaint as if each were set forth here in its entirety.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, 4, 5, 6, or 7 of Count XLVIII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FORTY-NINTH DEFENSE**
**Count XLIX**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count XLIX of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count XLIX of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FIFTIETH DEFENSE**
**Count L**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count L of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count L of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FIFTY-FIRST DEFENSE**
**Count LI**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count LI of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count LI of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FIFTY-SECOND DEFENSE**
**Count LII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count LII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count LII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FIFTY-THIRD DEFENSE**
**Count LIII**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count LIII of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count LIII of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FIFTY-FOURTH DEFENSE**
**Count LIV**

1. This defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count LIV of the plaintiffs' Complaint and therefore leaves the plaintiffs to their proof thereof.

2. This defendant makes no response to any of the allegations contained in paragraphs 2, 3, or 4 of Count LIV of the plaintiffs' Complaint inasmuch as said paragraphs are not directed to it; however, to the extent the allegations contained therein purport to state a claim against this defendant, said allegations are specifically denied.

**FIFTY FIFTH DEFENSE**

This defendant specifically denies that the plaintiffs are entitled to any of the relief sought in any of the paragraphs of their Complaint.

**FIFTY-SIXTH DEFENSE**

This defendant specifically denies all remaining and heretofore unanswered allegations contained in the plaintiffs' Complaint.

**FIFTY-SEVENTH DEFENSE**

Without assuming any burden of proof by so doing, this defendant asserts any and all applicable affirmative defenses relating to or in connection with the plaintiffs' failure to state a claim upon which relief may be granted.

**FIFTY-EIGHTH DEFENSE**

Without assuming any burden of proof by so doing, this defendant asserts any and all applicable defenses relating to or in connection with a failure to join a necessary and indispensable party.

**FIFTH-NINTH DEFENSE**

Without assuming any burden of proof by so doing, this defendant asserts that the plaintiffs may have been guilty of conduct that caused and/or contributed to the injuries and/or damages complained of, and this defendant asserts any and all applicable affirmative defenses relating to, or in connection with, comparative negligence and contributory negligence.

**SIXTIETH DEFENSE**

In the event the plaintiffs or the minor plaintiff sustained or suffered any injuries and/or damages as a result of the incidents and events described in the plaintiffs' Complaint, all of which allegations are specifically denied by this defendant, then this defendant avers that any such injuries and/or damages were neither caused nor contributed to, either directly or indirectly, by any acts or omissions of this defendant, its agents, servants, or employees, but said injuries and/or damages, if any, were the result of intervening acts or omissions of persons or entities other than this defendant, its agents, servants, or employees, for which acts or omissions this defendant is neither liable nor responsible.

**SIXTY-FIRST DEFENSE**

Without assuming any burden of proof by so doing, this defendant asserts any and all applicable defenses relating to assumption of the risk.

**SIXTH-SECOND DEFENSE**

This defendant specifically denies that it is guilty of any negligence alleged in the plaintiffs' Complaint.

**SIXTY-THIRD DEFENSE**

This defendant specifically reserves the right to supplement or amend its Answer to the plaintiffs' Complaint, adding such further affirmative or other defenses as facts become known or discovered during the course of pre-trial discovery.

WHEREFORE, defendant South County Hospital respectfully prays that the plaintiffs be awarded no relief by and through the above-captioned action, that this Honorable Court grant judgment in favor of this defendant and against the plaintiffs, and that this defendant be awarded all reasonable attorneys' fees and costs incurred in the defense of the above-entitled action.

DEFENDANT SOUTH COUNTY HOSPITAL
By its attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS LLP**

Jay M. Elias, Esquire [# 3050]
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**JURY DEMAND**

Defendant South County Hospital hereby claims a trial by jury and designates Jay M. Elias, Esquire as trial counsel.

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was faxed and mailed postage prepaid on the 24th day of May, 2007 to:

William J. Thompson, Esquire
LUBIN & MEYER, P.C.
100 City Hall Plaza
Boston, MA 02108

Michael G. Sarli, Esquire
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Nancy Daniels