STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2007-0217 NICHOLAS EMLOE V LISA RAMEAKA

Filing Date: 04-02-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: MALPRACTICE/MEDICAL
Status Date: 06-07-2007

| | | |
|---|---|---|
| Plaintiff: | NICHOLAS ENLOE<br>ID: @10897670 | Attorney: WILLIAM THOMPSON |
| Plaintiff: | JULIE ENLOE<br>ID: @10897671 | Attorney: WILLIAM THOMPSON |
| Plaintiff: | BRYAN ENLOE<br>ID: @10897672 | Attorney: WILLIAM THOMPSON |
| Defendant: | LISA RAMEAKA<br>ID: @10897673 | Attorney: MICHAEL SARLI |
| Defendant: | ROBERT MALTZ<br>ID: @10897675 | Attorney: GEORGE WAKEMAN<br>Attorney: TIMOTHY ZABBO |
| Defendant: | SOUTH COUNTY OB-GYN INC.<br>ID: @10871373 | |
| Defendant: | NARRAGANSETT BAY PEDIATRICS INC<br>ID: @10897677 | Attorney: GEORGE WAKEMAN<br>Attorney: TIMOTHY ZABBO<br>Attorney: JAY ELIAS |
| Defendant: | SOUTH COUNTY HOSPITAL<br>ID: @10266596 | |

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-02-2007 | COMPLAINT FILED | |
| 04-02-2007 | INITIAL FILING FEE | |
| 04-02-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCW34633. |
| 05-07-2007 | ANSWER FILED | TO COMPLAINT<br>Affiliated: RAMEAKA, LISA |
| 05-07-2007 | CLAIM OF JURY TRIAL FILED | Affiliated: RAMEAKA, LISA |
| 05-07-2007 | ENTRY OF APPEARANCE | Affiliated: SARLI, MICHAEL G |
| 05-15-2007 | SUMMONS,PROOF OF SERVICE FILED | UPON SOUTH COUNTY HOSPITAL————SERVED ON 4/27/07<br>Affiliated: ENLOE, NICHOLAS |
| 05-15-2007 | SUMMONS,PROOF OF SERVICE FILED | UPON NARRAGANSETT BAY PEDIATRICS INC————SERVED ON 4/27/07<br>Affiliated: ENLOE, NICHOLAS |

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: WC-2007-0217 NICHOLAS EMLOE V LISA RAMEAKA

| | | |
|---|---|---|
| 05-15-2007 | SUMMONS,PROOF OF SERVICE FILED | UPON SOUTH OCUNTY OB-GYN INC———SERVED ON 5/2/07<br>Affiliated: ENLOE, NICHOLAS |
| 05-15-2007 | SUMMONS,PROOF OF SERVICE FILED | UON ROBERT MALTZ MD————SERVED ON 4/27/07<br>Affiliated: ENLOE, NICHOLAS |
| 05-15-2007 | SUMMONS,PROOF OF SERVICE FILED | UPON LISA RAMEAKA MD———SERVED ON 4/27/07<br>Affiliated: ENLOE, NICHOLAS |
| 05-21-2007 | ENTRY OF APPEARANCE | Affiliated: WAKEMAN, GEORGE E. |
| 05-21-2007 | ENTRY OF APPEARANCE | Affiliated: ZABBO, TIMOTHY M. |
| 05-25-2007 | ENTRY OF APPEARANCE | Affiliated: ELIAS, JAY M. |
| 05-25-2007 | ANSWER FILED | TO COMPLAINT<br>Affiliated: SOUTH COUNTY HOSPITAL |
| 05-25-2007 | CLAIM OF JURY TRIAL FILED | Affiliated: SOUTH COUNTY HOSPITAL |
| 06-01-2007 | NOTICE | OF REMOVAL TO US DISTRICT COURT<br>Affiliated: RAMEAKA, LISA |
| 06-06-2007 | CERTIFICATE OF SERVICE | |
| 06-06-2007 | ANSWER FILED | TO COMPLAINT<br>Affiliated: MALTZ, ROBERT |
| 06-06-2007 | CLAIM OF JURY TRIAL FILED | Affiliated: MALTZ, ROBERT |
| 06-06-2007 | ANSWER FILED | TO COMPLAINT<br>Affiliated: NARRAGANSETT BAY PEDIATRICS INC |
| 06-06-2007 | CLAIM OF JURY TRIAL FILED | Affiliated: NARRAGANSETT BAY PEDIATRICS INC |
| 06-07-2007 | CASE REMVD TO US DISTRICT CT | U S DISTRICT CASE #—C. A 07-1999-S<br>Affiliated: RAMEAKA, LISA |
| 06-07-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

C. R. Chorg [signature]

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island