UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS ENLOE, PPA JULIE ENLOE, JULIE ENLOE and BRYAN ENLOE *Plaintiffs*, | ) | |
| v. | ) | C.A. No.: 07-00199-S-DLM |
| LISA RAMEAKA, M.D., ROBERT MALTZ, M.D. SOUTH COUNTY OB-GYN, INC., NARRAGANSETT BAY PEDIATRICS, INC. SOUTH COUNTY HOSPITAL and JANE DOE, R.N. #1-11 *Defendants.* | ) | |

**CERTIFICATE OF SERVICE**

I, Timothy M. Zabbo, attorney for the defendants, Robert Maltz, M.D. and Narragansett Bay Pediatrics, Inc., hereby certify that on June 19, 2007, I served copy(ies) of the following document(s):

1. Defendants' Joint Motion to Remand to State Court with Memorandum of Law in Support of Defendants' Joint Motion to Remand to State Court.

electronically (by ECF), to:

Jay M. Elias, Esquire
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903
jelias@rbhelaw.com

Michael G. Sarli, Esquire
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903
mgs@gsm-law.com

by first class mail, postage prepaid, to:

William J. Thompson, Esquire
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108

"/s/"

Timothy M. Zabbo