UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NICHOLAS ENLOE, PPA JULIE ENLOE, JULIE ENLOE and BRYAN ENLOE<br>*Plaintiffs,* | |
| v. | C.A. No.: 07-00199-S-DLM |
| LISA RAMEAKA, M.D., ROBERT MALTZ, M.D. SOUTH COUNTY OB-GYN, INC., NARRAGANSETT BAY PEDIATRICS, INC. SOUTH COUNTY HOSPITAL and JANE DOE, R.N. #1-11<br>*Defendants.* | |

**DEFENDANTS' JOINT MOTION TO REMAND TO STATE COURT**

Now come the defendants, Robert Maltz, M.D., Narragansett Bay Pediatrics, Inc. and South County Hospital, by and through their respective counsel in the above captioned matter, and hereby move to remand this matter to State Court. As grounds for their motion, the defendants submit that removal was improper and this Court does not have jurisdiction over the subject matter. The defendants submit the attached memorandum of law in support thereof.

WHEREFORE, the defendants respectfully request that this Honorable Court remand this matter to State Court.

The Defendant,
SOUTH COUNTY HOSPITAL
By its Attorney,

/s/ Jay M. Elias

Jay M. Elias, Esq.
Ratcliffe, Burke, Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

The Defendants,
ROBERT MALTZ, M.D. and
NARRAGANSETT BAY PEDIATRICS INC.
By their Attorneys,

/s/ George E. Wakeman, Jr.
/s/ Timothy M. Zabbo

George E. Wakeman, Jr., BBO# 5255
Timothy M. Zabbo, BBO# 7350
ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN, LLP
123 Dyer Street
Providence, RI 02903
(401) 521-6100

**CERTIFICATE OF SERVICE**

I, Timothy M. Zabbo, attorney for the defendants, Robert Maltz, M.D. and Narragansett Bay Pediatrics, Inc., hereby certify that on June 19, 2007, I served copy(ies) of the following document(s):

1. Defendants' Joint Motion to Remand to State Court with Memorandum of Law in Support of Defendants' Joint Motion to Remand to State Court.

electronically (by ECF), to:

Jay M. Elias, Esquire
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903
jelias@rbhelaw.com

Michael G. Sarli, Esquire
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903
mgs@gsm-law.com

by first class mail, postage prepaid, to:

William J. Thompson, Esquire
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108

/s/ Timothy M. Zabbo
______________________________
Timothy M. Zabbo